1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11   VICTOR MANUEL JIMENEZ,          Case No. EDCV 21-01571 DSF (RAO)
12              Petitioner,
13        v.                         JUDGMENT
14   DANNY SAMUEL,
15              Respondent.
16
17        IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed
18   without prejudice for the reasons set forth in the related Order Summarily Dismissing
19   Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying
20   Certificate of Appealability.
21
22   DATED:  September 27, 2021
23                                   _____
                                     Honorable Dale S. Fischer
24                                   UNITED STATES DISTRICT JUDGE
25
26
27
28